**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| 3 STEP SPORTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK CAMPION<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL NO.: 25-cv-11603** |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF 3 STEP SPORTS LLC**

Plaintiff 3 Step Sports LLC, hereby discloses that:

(1) 3 Step Holdings, LLC is the parent company of 3 Step Sports LLC; and

(2) No publicly-held corporation owns more than 10% of 3 Step Sports LLC's stock.

Respectfully submitted,

3 STEP SPORTS LLC;

By their attorneys,

*/s/ Marc C. Laredo*

Marc C. Laredo (BBO #543973)
Brendan S. Cox (BBO #669482)
Darshana Indira (BBO # 694109)
William G. Cosmas, Jr. (BBO #670631)
LAREDO, SMITH & KANE LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 443-1100
*laredo@laredosmith.com*
*cosmas@laredosmith.com*
*indira@laredosmith.com*

Dated: June 3, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on June 3, 2025.

*/s/ Marc C. Laredo*
*Marc C. Laredo*