**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| 3 STEP SPORTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK CAMPION,<br><br>Defendant. | **CIVIL NO.: 1:25-cv-11603-RGS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, 3 Step Sports LLC, and defendant, Mark Campion, hereby stipulate to the dismissal of this action, with prejudice. Each party shall bear its own costs and attorney fees.

Plaintiff,

3 STEP SPORTS LLC,

By its attorneys,

/s/ Matthew Kane
Matthew A. Kane (BBO #666981)
Brendan S. Cox (BBO #669482)
Darshana Indira (BBO # 694109)
William G. Cosmas, Jr. (BBO #670631)
**SMITH KANE, LLP**
101 Federal Street, Suite 650
Boston, MA 02110
(617) 443-1100
kane@smithkanellp.com
cox@smithkanellp.com
indira@smithkanellp.com
cosmas@smithkanellp.com

Date: February 13, 2026

Defendant,

MARK CAMPION,

By his attorneys,

/s/ Michael A. Iannucci (MAK w/permission)
Louis M. Ciavarra (BBO #546481)
Joshua A. Lewin (BBO #658299)
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8113
lciavarra@princelobel.com
jlewin@princelobel.com

and

Michael A. Iannucci *(pro hac vice)*
Christopher C. Wilcoxson *(pro hac vice)*
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215-569-5543
michael.iannucci@blankrome.com
cody.wilcoxson@blankrome.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Matthew Kane
Matthew A. Kane

Date: February 13, 2026